**Order entered July 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01359-CR

### TOM ILES WHITE, III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-81783-2013

## ORDER

Appellant was convicted of five counts of sexual offenses against a child. Appellant's brief identifies the complaining witness by her full name. Accordingly, we **STRIKE** the appellant's brief filed on July 1, 2015. We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the complaining witness by initials only.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/     ADA BROWN
        JUSTICE